UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **GUILHERME CAVALCANTE MOL #A221-476-583** | CASE NO. 1:25-CV-02023 SEC P |
| **VERSUS** | JUDGE TERRY A. DOUGHTY |
| **ELEAZAR GARCIA ET AL** | MAGISTRATE JUDGE PEREZ-MONTES |

### ORDER

Considering the Emergency Notice of Imminent Removal and Request for Immediate Intervention [Doc. No. 15] filed by Petitioner, Guilherme Cavalcante Mol ("Petitioner"),

**IT IS ORDERED** that Petitioner's Motion [Doc. No. 15] is **GRANTED** and his deportation is **STAYED**. The Court relies on the fact that Petitioner's appeal with the BIA remains pending and Respondents stated in their previous filing [Doc. No. 13, p. 3], "Counsel for Petitioner, who is also enrolled in Petitioner's immigration proceedings before the BIA, filed an appeal with the BIA; thus, Petitioner is not subject to a final order of removal and the immigration judge's order of removal is automatically stayed during the BIA's adjudication of the appeal. See 8 C.F.R. § 1003.6(a)."

MONROE, LOUISIANA, this 10th day of February 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE