**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**GUILHERME CAVALCANTE MOL**
**#A221-476-583**

**CASE NO.  1:25-CV-02023 SEC P**

**VERSUS**

**JUDGE TERRY A. DOUGHTY**

**ELEAZAR GARCIA ET AL**

**MAGISTRATE JUDGE PEREZ-MONTES**

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 26], after an independent review of the record, no objections thereto have been filed, and after determining that the findings are correct under the applicable law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 5th of May 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE